UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAMS & CONNOLLY LLP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　Defendants. | Civil Action No. 24-2322 (PLF) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's motion for summary judgment, Defendants' cross-motion for summary judgment, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion for summary judgment is DENIED;

ORDERED that Defendants' cross-motion for summary judgment is GRANTED; and further

ORDERED that summary judgment is entered in favor of U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement, and U.S. Citizenship and Immigration Service.

SO ORDERED:

_____　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　　　United States District Judge