UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAMS & CONNOLLY, LLP,<br><br>   Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>   Defendants. | Civil Action No. 24-2322 (PLF) |

**JOINT REPORT FOR PROPOSED ORDER OF ARGUMENT**

The parties, having met and conferred, propose the following order for oral argument on September 12, 2025, concerning (1) Plaintiff's Motion for Partial Summary Judgment (ECF No. 26); (2) Defendants CBP, ICE, and USCIS's Motion for Summary Judgment (ECF No. 32), and (3) Defendant DHS's Motion for Judgment on the Pleadings or, in the Alternative, Summary Judgment (ECF No. 34):

1. Plaintiff's Motion for Partial Summary Judgement and Defendants CBP, ICE, and USCIS's Motion for Summary Judgment (60 minutes)

    - Plaintiff will limit its argument to 30 minutes in total, reserving 5 minutes for rebuttal; and

    - Defendants CBP, ICE, and USCIS will limit their argument to 30 minutes in total, reserving 5 minutes for rebuttal.

2. Defendant DHS's Motion for Judgment on the Pleadings, or, in the Alternative, Summary Judgment (15 minutes)

    - Defendant DHS will limit its argument to 7.5 minutes in total, reserving 2 minutes for rebuttal; and

    - Plaintiff will limit its argument to 7.5 minutes in total.

Dated: September 11, 2025

By: */s/ Robert M. Cary*
Robert M. Cary
Simon A. Latcovich
Samuel M. Lazerwitz
Anahi D. Mendoza Pacheco
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C. 20024
Telephone: (202) 434-5175
Facsimile: (202) 434-5029
Email: RCary@wc.com

  *Attorneys for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO,
United States Attorney

By: */s/ Stephanie R. Johnson*
  STEPHANIE R. JOHNSON
    D.C. Bar # 1632338
  Assistant United States Attorney
  601 D Street, NW
  Washington, DC 20530
  (202) 252-7874
  Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*